## State of New York
### Supreme Court, Appellate Division
### Third Judicial Department

Decided and Entered:   February 2, 2017                D-17-17
_____

In the Matter of JI SUN SHIN,
  a Resigned Attorney.

(Attorney Registration No. 4122594)

_____

MEMORANDUM AND ORDER
ON MOTION

Calendar Date:   January 9, 2017

Before:   Garry, J.P., Egan Jr., Lynch, Rose and Devine, JJ.

_____

Ji Sun Shin, Fort Lee, New Jersey, pro se.

_____

Per Curiam.

Ji Sun Shin was admitted to practice by this Court in 2003, but resigned for nondisciplinary reasons by leave of this Court in 2005. She was also admitted to practice in 2002 in New Jersey, where she presently resides, but she resigned in that jurisdiction in 2012. Shin now applies for reinstatement to practice in New York (see Uniform Rules for Attorney Disciplinary Matters [22 NYCRR] § 1240.22 [b]; Rules of App Div, 3d Dept [22 NYCRR] § 806.22 [b]).

Upon reading the application of Shin sworn to October 27, 2017, as supplemented by her submissions filed with the Court on January 19, 2016 and December 29, 2016, and having determined that Shin has the requisite character and fitness to practice law and that her reinstatement to practice would be in the public interest, we grant her application and restore her name to the roll of attorneys, effective immediately.

Garry, J.P., Egan Jr., Lynch, Rose and Devine, JJ., concur.

ORDERED that Ji Sun Shin's application for reinstatement is granted; and it is further

ORDERED that Ji Sun Shin's name is hereby restored to the roll of attorneys and counselors-at-law of the State of New York, effective immediately; and it is further

ORDERED that Ji Sun Shin shall, within 30 days of the date of this order, file an attorney registration statement with the Chief Administrator of the Courts pursuant to Judiciary Law § 468-a and Rules of the Chief Administrator of the Courts (22 NYCRR) § 118.1.

ENTER:

Robert D. Mayberger
Clerk of the Court